UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Diamone Wilson, et al.,                      Case No. 3:20-cv-2498

          Plaintiffs,

    v.                                              JUDGMENT ENTRY

Lieutenant Michael Russo, et al.,

          Defendants.

For the reasons stated in the Memorandum Opinion and Order filed concurrently, Plaintiffs' application for an entry of default and motion for default against Defendant Corporal Terry Rutledge, Jr. are denied. (Doc. No. 38 & 41).

                                                             s/ Jeffrey J. Helmick
                                                             United States District Judge